

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 02 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | 4:09CR00305 JLH |
| ) | |
| GEORGE WYLIE THOMPSON, and ) | Title 21, U.S.C. § 846 |
| RALPH FRANCIS DELEO ) | Title 21, U.S.C. § 841(a)(1) |
| ) | Title 21, U.S.C. § 843(b) |
| ) | Title 18 U.S.C. § 2 |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From on or about November 19, 2008 up to and including the time of the return of this Indictment, in the Eastern District of Arkansas and elsewhere,

GEORGE WYLIE THOMPSON, and
RALPH FRANCIS DELEO

the defendants, and Tri Cam Le, who is not indicted in this Indictment, did knowingly and intentionally conspire with each other and with others, unknown to the Grand Jury, to possess with the intent to distribute more than five hundred grams of cocaine, a Schedule II controlled substance, in violation of Title 21, U.S.C. § 841(a)(1) and thereby violating Title 21, U.S.C. § 846.

## COUNT 2

On or about December 8, 2008 in the Eastern District of Arkansas, defendant

GEORGE WYLIE THOMPSON,

did knowingly and intentionally use a communication device, (i.e. a telephone), to facilitate a felony drug transaction in violation of Title 21, U.S.C. § 843(b).

## COUNT 3

On or about December 8, 2008 in the Eastern District of Arkansas, defendant

RALPH FRANCIS DELEO,

did knowingly and intentionally use a communication device, (i.e. a telephone), to facilitate a felony drug transaction in violation of Title 21, U.S.C. § 843(b).

## COUNT 4

On or about December 12, 2008, in the Eastern District of Arkansas, and elsewhere,

GEORGE WYLIE THOMPSON, and
RALPH FRANCIS DELEO

the defendants, and Tri Le, who is not indicted in this Indictment, aiding and abetting each other, did knowingly and intentionally possess with intent to distribute more than five hundred grams of cocaine, a Schedule II controlled substance, in violation of Title 21, U.S.C. § 841(a)(1) and Title 18 U.S.C. § 2.

End of Text. Signature page attached.